# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **FALLON MORRIS,** | ) Case No.: |
| Plaintiff. | ) 2:21-cv-02339-JPM-atc |
| v. | ) |
| **OPENJAR CONCEPTS, INC.,** | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: June 28, 2021         By: */s/ Amy L. B. Ginsburg*
                             Amy L. B. Ginsburg, Esquire
                             Kimmel & Silverman, P.C.
                             30 E. Butler Pike
                             Ambler, PA 19002
                             Phone: (215) 540-8888
                             Fax: (877) 788-2864
                             Email: aginsburg@creditlaw.com

## CERTIFICATE OF SERVICE

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via electronic mail:

**Chad R. Laing**
6111 Broken Sound Parkway NW
Suite 330
Boca Raton, FL 33487-2774
Phone: (561) 416-1818
Fax: (561) 892-2602
Email: laing@laingweicholz.com
Attorney for Defendant


Dated: June 28, 2021              By: */s/ Amy L. B. Ginsburg*
                                      Amy L. B. Ginsburg, Esquire
                                      Kimmel & Silverman, P.C.
                                      30 E. Butler Pike
                                      Ambler, PA 19002
                                      Phone: (215) 540-8888
                                      Fax: (877) 788-2864
                                      Email: aginsburg@creditlaw.com