# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **Fallon Morris,** | ) |
| *Plaintiff* | ) ) ) ) ) Case No.: 2:21-cv-02339-JPM-atc |
| v. | ) ) ) |
| **OpenJar Concepts, Inc.,** | ) ) |
| **Defendant** | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: July 28, 2021         BY: */s/ Amy L.B. Ginsburg*
                             Amy L.B. Ginsburg, Esquire
                             Kimmel & Silverman, P.C.
                             30 East Butler Pike
                             Ambler, PA 19002
                             Phone: (215) 540-8888 ext. 167
                             Facsimile: (877) 600-2112
                             Email: aginsburg@creditlaw.com
                             Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2021, a true and correct copy of the foregoing pleading served via electronic mail to the below:

Chad Laing
Lang & Weicholz
6111 Broken Sound Parkway NW
Suite 330
Boca Raton FL 33487 2774
Phone: 561-416-1818
Email: laing@laingweicholz.com
Attorney for the Defendant

                                              */s/ Amy L.B. Ginsburg*
                                              Amy L.B. Ginsburg, Esquire
                                              Kimmel & Silverman, P.C.
                                              30 East Butler Pike
                                              Ambler, PA 19002
                                              Phone: (215) 540-8888 ext. 167
                                              Facsimile: (877) 600-2112
                                              Email: aginsburg@creditlaw.com
                                              Attorney for Plaintiff