# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| FALLON MORRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:21-cv-02339 |
| v. | ) |
| | ) |
| OPENJAR CONCEPTS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Volutnary Dismissal, filed July 28, 2021. (ECF No. 8). The parties indicated that they have reached a resolution in this matter via a notice of settlement. (ECF No. 7.) Accordingly, pursuant to the Stipulation of Dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims between the parties in connection with this matter are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of July, 2021.

        /s/ Jon P. McCalla
        JON P. McCALLA
        UNITED STATES DISTRICT JUDGE