# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| FALLON MORRIS, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 2:21-cv-02339 |
| v. | ) ) |
| OPENJAR CONCEPTS, INC., | ) ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Notice of Voluntary Dismissal, filed on July 28, 2021 (ECF No. 8), and the Court having entered an Order of Dismissal (ECF No. 9),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

July 30, 2021
Date